IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERICH SMITH, FRANK E. GARWOOD, JR., MARIBEL LORENZO, and DR. DANIEL DONOFRIO,<br><br>    Plaintiffs,<br><br>v.<br><br><br>PRESIDENT JOSEPH R. BIDEN, JR.,<br><br>    Defendant. | Civil Action No. 21-19457<br><br>**ORDER** |

**THIS MATTER** having come before the Court on a Motion for a Temporary Restraining Order and/or Preliminary Injunction filed by Plaintiffs [ECF No. 4], and the Court having considered the parties' arguments in their briefs [ECF Nos. 4, 9, and 12] as well as the arguments made at Oral Argument on November 8, 2021, and for the reasons expressed in the Opinion of today's date, and for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction [ECF No. 4] is **DENIED**.

Dated: 11/8/21                            /s Christine P. O'Hearn

                                          United States District Judge