THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **ERICH SMITH et al.,**<br><br>        **Plaintiffs,**<br><br>  v.<br><br>**PRESIDENT JOSEPH R. BIDEN, JR. et al.,**<br><br>        **Defendants.** | Civil No. 21-19457 (CPO/SAK) |

# O R D E R

**WHEREAS**, the Court issued an Order on December 27, 2021 [ECF No. 33] staying this matter pending the final resolution of Plaintiffs' appeal of the denial of their motion for a preliminary injunction.

**WHEREAS**, pursuant to the Court's December 27, 2021 Order the parties are required to submit a joint status report addressing further proceedings within fifteen days of the Third Circuit mandate issuing.

**WHEREAS**, on January 13, 2022, the Court issued an Order [ECF No. 37] temporarily lifting the stay for the sole purpose of Plaintiffs effectuating service of process on Defendants, pursuant to Fed. R. Civ. P. 4.

**WHEREAS**, pursuant to the Court's January 13, 2022 Order upon Plaintiffs filing proofs of service with the Court, the stay shall automatically be reinstated, tolling the time for all Defendants to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint.

**WHEREAS**, on March 2, 2022, Plaintiffs filed a Certificate of Service [ECF No. 40] updating the Court on the status of service of process.

Accordingly, **IT IS** hereby **ORDERED** this **7th** day of **March 2022** that this matter is **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the final resolution of Plaintiffs' appeal of the denial of their motion for a preliminary injunction; it is further

**ORDERED** that the parties shall file a joint status report addressing further proceedings within fifteen days of the Third Circuit mandate issuing; and it is further

**ORDERED** that the Court will re-open this matter upon the filing of the parties' joint status report or good cause is shown.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Christine P. O'Hearn, U.S.D.J.